IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JACQUELINE BARRETT, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-15-0078 |
| | § | |
| | § | |
| | § | |
| COLUMBIA BRAZORIA ISD. | § | |

## ORDER

The plaintiff has filed a motion to proceed in *forma pauperis*. (Docket Entry No. 1) The motion is GRANTED.

SIGNED on April 24, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge