United States District Court
Southern District of Texas
**ENTERED**
January 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JACQUELINE BARRETT, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 3:15-CV-78 |
| COLUMBIA BRAZORIA ISD, | § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Defendant's Opposed Motion to Bifurcate Trial. Dkt. 95. A trial court "may order a separate trial of one or more separate issues . . . ." FED. R. CIV. P. § 42(b). A court may do so "[f]or convenience, to avoid prejudice, or to expedite and economize." *Id.* The decision whether to bifurcate under this Rule is a matter left to the sound discretion of the trial court on the basis of circumstances of the litigation before it." *Alaniz v. Zamora-Quezada*, 591 F.3d 761, 773-74 (5th Cir. 2009) (citations omitted).

Having considered the Motion and the record, the Court finds that maintaining a single trial will not prejudice the Defendant. The Court further finds that bifurcation is neither convenient. Nor will it expedite or economize the proceedings. The Court therefore **DENIES** the Motion.

SIGNED on January 10, 2017 at Galveston, Texas.

George C. Hanks, Jr.
United States District Judge

1 / 1